UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

FILED
NOV 16 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

RONALD MITCHELL,
     PLAINTIFF,

vs.

CAHOKIA POLICE DEPT,
Lt. JONES
John DOE #1 & #2
     DEFENDANTS.

CASE NO. 10-MC-97-GPM

MOTION THAT THE COURT CONVENE A SPECIAL GRAND JURY AND APPOINT A SPECIAL PROSECUTOR PURSUANT TO 18 U.S.C., SECTION 3331(a), 3332(a) AND APPLICATION OF WOODS TO APPEAR BEFORE THE GRAND JURY, 833 F.2d 133 (8th Cir. 1987)

ON NOV 15, 2010, CAHOKIA, ILLINOIS POLICE DEPT. ARRESTED PLAINTIFF FOR ALLEGEDLY VIOLATING AN "OCCUPANCY PERMIT" IT WAS DISCOVERED THAT PLAINTIFF COULD NOT

-1-

violate the "occupancy permit" by living with someone else. THE Police DEPT. Full-well knew this when Plaintiff was arrested. There was <u>NO MiRaNDa Warning</u>, No <u>Arrest Warrant</u> (the arresting officer told Plaintiff He was Doing what he was told to Do). THE OWNER OF the Resident was Given a citation But NOT Arrested. Plaintiff was Assaulted while being Put in Cuffs, Thrown in a Naked cell At Cahokia, Police Dept. under Freezing Temperature, Denied Food, And A Bond was made by the Police, No Judge And was paid to A sgt. at the Jail who <u>signed</u> For and Release me

-2-

When Bail was Brought to the Jail. See Attached EX-A-1. X-Marks the Spot.

The charges Arising from the Arrest Are 1, Kidnap, 2, Assault, 3, Torture, 4, Conspiring to Murder, 5, Conspiring to Violate Civil Rights, 6, Violating Civil Rights.

The Arresting Officer Also Stated that Plaintiff was Arrested Because He Did Not go To the Code Enforcement Office And Sign Under that Ordinance. Plaintiff Went to the Code Enforcement Office And was told that He Could Not Sign but the Head of the Household must

-3-

sign. Police knew when the unlawfully Arrested Plaintiff that He had NOT violated Any Laws.

Plaintiff urges that He is allowed to Present His evidence to A Grand Jury as the Court Did in <u>Application of Woods</u>. The Cahokia Police last week stormed Plaintiff's Home for NO Reason at all. Plaintiff's <u>Life is in Immediate, Clear & Present Danger</u>. Plaintiff does not violate Any Laws.

Respectfully Submitted

DATED: Nov 16, 2010

Ronald Mitchell
716 St. Nicholas Dr.
Cahokia, Ill 62206

CC: File

-4-